# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JOHN WARDEN

VERSUS

ELDORADO RESORTS, INC. D/B/A
BELLE OF BATON ROUGE

NO. 2021 CW 1145

**NOVEMBER 29, 2021**

---

In Re:   Catfish Queen Partnership in Commendam, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 678815.

---

**BEFORE:   GUIDRY, HOLDRIDGE, AND CHUTZ, JJ.**

**WRIT NOT CONSIDERED.** The writ application does not contain a transcript of the contradictory hearing on relator's motion for summary judgment, and the trial court's reasons for denying the motion are not otherwise evident from the writ application. See La. Code Civ. P. art. 966(D)(4). Accordingly, this court requires a copy of the hearing transcript.

Supplementation of this writ application and/or an application for rehearing will not be considered. Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

In the event relator seeks to file a new application with this court, it must contain all required items, including the missing documentation noted above, and must comply with Rule 2-12.2 of the Uniform Rules of Louisiana Courts of Appeal. Any new application must be filed on or before December 30, 2021 and must contain a copy of this ruling.

**JMG**
**GH**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT